DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re A.P.<br><br>Case below:<br>179 N.C. App. 425 | No. 534A06 | 1. Petitioner's (Forsyth DSS) Notice of Appeal (Dissent) (COA05-1105)<br><br>2. Petitioners' (Forsyth DSS) Petition for Writ of Supersedeas<br><br>3. Petitioner's (Forsyth DSS) PDR as to Additional Issues<br><br>4. Petitioner's (Forsyth DSS) Motion for Temporary Stay<br><br>5. Respondent's (Hylton) Motion to Join in Appeal with Forsyth County DSS | 1. —<br><br>2. Allowed 11/22/06<br><br>3. Denied 11/22/06<br><br>4. Allowed 10/11/06<br><br>5. Allowed 11/22/06 |
| In re W.R.<br><br>Case below:<br>179 N.C. App. 642 | No. 560P06 | AG's Motion for Temporary Stay (COA05-1602) | Allowed 10/26/06 |
| In Will of Yelverton<br><br>Case below:<br>178 N.C. App. 267 | No. 376P06-2 | Motion by Caveator, Mansel Yelverton, for Temporary Stay (COA05-771 & 772) | Denied 09/12/06 |
| James River Equip., Inc. v. Tharp's Excavating, Inc.<br><br>Case below:<br>179 N.C. App. 336 | No. 541P06 | 1. Def's (Mecklenburg Utilities) PDR Under N.C.G.S. § 7A-31 (COA05-79)<br><br>2. Plt's NOA Based Upon a Constitutional Question<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31<br><br>4. Def's (Orange Co. Board of Education) Motion to Dismiss Appeal<br><br>5. Def's (Orange Co. Board of Education) Conditional PDR | 1. Denied 12/14/06<br><br>2. —<br><br>3. Denied 12/14/06<br><br>4. Allowed 12/14/06<br><br>5. Dismissed as Moot 12/14/06 |
| Nationwide Mut. Ins. Co. v. Gaskill<br><br>Case below:<br>176 N.C. App. 408 | No. 268P06 | Def's (Lester R. Mitchum) PDR Under N.C.G.S. § 7A-31 (COA05-538) | Denied 12/14/06 |
| Patel v. Stanley Works Customer Support<br><br>Case below:<br>178 N.C. App. 562 | No. 445P06 | Defs' Motion for Temporary Stay (COA05-462) | Allowed 08/23/06 |